USCA1 Opinion

 

 October 14, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2266 THOMAS F. DOWD, Plaintiff Appellant, v. ST. COLUMBAN'S RETIREMENT HOUSE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Thomas F. Dowd on brief pro se. ______________ Edward P. Sowa, Jr., Kevin S. Cotter, Gunning, LaFazia & Gnys, ____________________ ________________ _________________________ Inc., on brief for appellees. ____ ____________________ ____________________ Per Curiam. For the reasons set forth at length in the __________ magistrate-judge's report dated September 9, 1993, we agree that plaintiff's claim for damages for "injuries sustained in his mission work" is barred on res judicata grounds. See ___ Dowd v. Society of St. Columbans, 861 F.2d 761 (1st Cir. ____ __________________________ 1988) (per curiam) (affirming dismissal of similar claim on same basis). We likewise agree that plaintiff's claim under the Americans with Disabilities Act is properly subject to dismissal without prejudice for failure to exhaust administrative remedies. The judgment is therefore affirmed. ________